UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ISHA M. SALIM**,                                        Case No. 3:15-cv-01407-KI

               Plaintiff,                               JUDGMENT

    v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**,

              Defendant.

    James S. Coon
    Swanson, Thomas, Coon & Newton
    The Thomas Mann Building
    820 SW 2nd Ave., Ste. 200
    Portland, OR 97204

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon
    Janice E. Hebert
    Assistant United States Attorney

Page 1 - JUDGMENT

1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Jordan D. Goddard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

      IT IS SO ORDERED.

      DATED this    5th    day of July, 2016.


         /s/ Garr M. King
         Garr M. King
         United States District Judge